COURT
OF APPEALS

                                       SECOND
DISTRICT OF TEXAS

                                                   FORT
WORTH 

 

                                        NO.
2-06-324-CV

BRENDA
GEORGE AND ALL                                                 APPELLANTS

OCCUPANTS OF 3120 BARTON 

ROAD
CARROLLTON, TEXAS 75007                                                      

 

                                                   V.

 

BANK
OF AMERICA, N.A.                                                        APPELLEE

 

                                               ----------

          FROM COUNTY COURT AT
LAW NO. 2 OF DENTON COUNTY

                                               ----------

                  MEMORANDUM OPINION[1] AND JUDGMENT

                                               ----------








On February 26, 2007, we notified appellants that their brief had not
been filed as required by Texas Rule of Appellate Procedure 38.6(a).  TEX. R. APP. P.
38.6(a).  We stated we would dismiss the
appeal for want of prosecution unless appellants or any party desiring to
continue this appeal filed with the court within ten days a response showing
grounds for continuing the appeal.  We
have not received any response.

Because appellants= brief has not been filed, we dismiss the appeal for want of
prosecution.  See TEX. R. APP. P. 38.8(a), 42.3(b).

Appellants shall pay all costs of this appeal, for which let execution
issue.

 

PER CURIAM               

                                                    

 

PANEL D:  DAUPHINOT, HOLMAN, and GARDNER, JJ.

 

DELIVERED:  March 22, 2007

 











[1]See Tex. R. App. P. 47.4.